IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| DEMOND P. SHEPARD, #1043311 | § |
| | § |
| V. | §    CIVIL ACTION NO. G-05-340 |
| | § |
| DOUG DRETKE, DIRECTOR, | § |
| TEXAS DEPARTMENT OF CRIMINAL | § |
| JUSTICE, CORRECTIONS | § |
| INSTITUTIONS DIVISION | § |

## **FINAL JUDGMENT**

    For the reasons stated in this Court's Order of Dismissal, the Application for Writ of Habeas Corpus of DeMond P. Shepard is **DISMISSED.**

    This is a **FINAL JUDGMENT**.

    **DONE** at Galveston, Texas, this the 30th day of November, 2005.

_____
Samuel B. Kent
United States District Judge